**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00184-CR

---

### NICKOLAS ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1672319**

---

## MEMORANDUM OPINION

Appellant Nickolas Allen has signed and filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)